OSCAR UNZ v. WILLIAM E. FITZGERALD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so that the appeal can be argued on or before November 5, 1920.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NATHAN DORFMAN and Others v. DAVID STOFF.— Motion to dismiss appeal granted, with ten dollars costs, unless record on appeal filed on or before November 3, 1920.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES F. YUENGLING v. ELEVATOR SUPPLY AND REPAIR COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant's points filed on or before November 3, 1920.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRANK MOSS and Others v. NANYANG BROTHERS TOBACCO COMPANY, LTD., and Others.— Motion for stay pending appeal granted on condition that appeal be ready for argument on November 5, 1920.   Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

H. CLAY PIERCE, Respondent, v. JOHN H. KIRBY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer within ten days on payment of said costs and ten dollars costs of motion at Special Term.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

GORDON'S DRY GIN COMPANY, LTD., Respondent, v. SAMUEL G. DOLLIVER, Appellant.— Determination affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FREDERIC HENJES, JR., INC., Respondent, v. LEVANT AMERICAN COMMERCIAL COMPANY, INC., Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ELLEN LITHANDER, Respondent, v. E. HECKSCHER WETHERILL, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOHN GRANA, Respondent, v. WENDELL & EVANS COMPANY, INC., Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

LEON TANENBAUM and Others, Respondents. v. 663–665 BROADWAY COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.